# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL EDMOND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>　　　　Defendant. | No. ED CV 13-1108-AS<br><br>**JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: December 3, 2014.

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　ALKA SAGAR
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1