**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL EDMOND,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>        Defendant. | No. CV 13-1108-AS<br><br>**AMENDED JUDGMENT** |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: December 4, 2014.

                                                /s/
                                                ALKA SAGAR
                                                UNITED STATES MAGISTRATE JUDGE